UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* THOMAS MAHONEY, <br><br> Plaintiff, <br><br> v. <br><br> JABIL, INC., <br><br> Defendant. | Civil Action No. 20cv2929 (CKK) <br><br> <u>FILED UNDER SEAL</u> |

### UNITED STATES' NOTICE OF NON-INTERVENTION

Relator Thomas Mahoney filed a complaint in this action on behalf of the United States against Jabil, Inc. ("Jabil"), pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-3733. Relator alleges that Jabil submitted and caused the submission of false claims to the United States in connection with the sale of computer technology to agencies of the Federal Government through the General Services Administration ("GSA") by companies including Cisco Systems, Inc. Specifically, Relator alleges that Jabil engaged in the practice of acquiring used computer processors, known as central processing units ("CPU"), and then installed the used CPUs in new computer servers, which were sold to various federal agencies through its various authorized dealers, including Cisco Systems, Inc. ("Cisco"), without disclosing their used quality.

The United States previously made this Court aware of delays in the investigation caused by a third party and by the slow production of documents by Jabil in response to a Civil Investigative Demand for documents and interrogatory responses. Notably, as of this date, Jabil is still providing documents responsive to the Civil Investigation Demand on a "rolling" basis.



**RECEIVED**

APR 28 2023

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

The United States further made the Court aware that, during these delays, the United States continued to diligently investigate the matter, and obtain documents and evidence from other third parties. Unfortunately, in response to the United States' last request for an extension of the intervention period, the Court informed the United States that it would not grant any further extensions.

At this time, the Government's investigation has not been completed and, as such, the United States is not able to decide, as of the Court's April 28, 2023, deadline, whether to proceed with the action. Accordingly, the United States hereby notifies the Court that it is not intervening in this action at this time. However, the Government's investigation of this matter is ongoing.

Although the United States is not intervening at this time, 31 U.S.C. § 3730(b)(l) allows Relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the Relator or any defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that copies of Orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts; to intervene in this action, for good cause, at a later date; and to seek the dismissal of Relator's action or claims. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that Relator's Complaint, this Notice, and the Court's Order in response to this Notice all be unsealed. The United States requests that all other papers

on file in this action remain under seal because in discussing the content and extent of the Government's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. A proposed Order accompanies this Notice.

    Respectfully submitted,

    BRIAN BOYNTON
    Principal Deputy Assistant Attorney General

    MATTHEW M. GRAVES
    United States Attorney

    BRIAN P. HUDAK
    Chief, Civil Division

    /s/ *Darrell C. Valdez*
    DARRELL VALDEZ, D.C. Bar # 420232
    Assistant United States Attorney
    555 4th Street, NW, Civil Division
    Washington, DC 20530
    (202) 252-2507

    JAMIE ANN YAVELBERG
    DAVID WISEMAN
    DANIEL SCHIFFER
    Attorneys, Civil Frauds Section
    U.S. Department of Justice
    175 N St. NE, Room 9.1326
    Washington, DC 20002
    (202) 305-3819

    *Counsel for United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April 2023, a true and correct copy of the above and foregoing *United States' Notice of Non-Intervention* and proposed Order was served through electronic mail to:

>Michael J. Podberesky
>McGuireWoods LLP
>Gateway Plaza
>800 East Canal Street
>Richmond, VA 23219-3916
>mpodberesky@mcguirewoods.com
>
>*Counsel for Relator*

      /s/ *Darrell C. Valdez*
DARRELL VALDEZ
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* THOMAS MAHONEY, <br><br> Plaintiff, <br><br> v. <br><br> JABIL, INC., <br><br> Defendant. | Civil Action No. 20cv2929 (CKK) <br><br> FILED UNDER SEAL |

# **ORDER**

Having received the United States' Notice of Non-Intervention, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS HEREBY ORDERED** that

1. the Complaint be unsealed and served upon the defendants by the Relator within 90 days of the date of this Order, as provided in Fed. R. Civ. P. 4;

2. all other contents of the Court's file in this action remain under seal and shall not be made public or served upon the defendants, except for this Order, which the Relator will serve upon the defendant only after service of the Complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The

United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

      5. the parties shall serve all notices of appeal upon the United States;

      6. all Orders of this Court shall be sent to the United States; and

      7. should the Relator or any defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States. before ruling or granting its approval.

      _____
      COLLEEN KOLLAR-KOTELLY
      UNITED STATES DISTRICT JUDGE